CHURCH E. GATES AND COMPANY, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

(Argued March 22, 1932; decided April 26, 1932.)

*Wilberforce Sully, Jr.,* and *Frank W. Chambers* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*Alfred D. Jahr* and *Edwin J. Talley* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.